# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Luis Mario Gilsamaniego Anaya | CRIMINAL COMPLAINT<br><br>CASE NUMBER:   25-9314 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. § 1951, an offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:        ☒Yes        ☐ No

AUTHORIZED BY: Benjamin Goldberg, AUSA

Digitally signed by BENJAMIN GOLDBERG
Date: 2025.07.23 14:00:38 -07'00'

Logan Asleson

Digitally signed by Logan Asleson
Date: 2025.07.23 14:03:56 -07'00'

| | |
|---|---|
| Logan Asleson, ATF Special Agent | |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

7/23/2025@3:16pm

at    Phoenix, Arizona

| | |
|---|---|
| Date | City and State |

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

EsWillett

| | |
|---|---|
| Name & Title of Judicial Officer | Signature of Judicial Officer |

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNT 1**

**Hobbs Act Robbery**

On or about April 4, 2025, in the District of Arizona, Defendant LUIS MARIO GILSAMANIEGO ANAYA did unlawfully obstruct, delay, and affect commerce, as defined in 18 U.S.C. § 1951(b), and the movement of articles and commodities in such commerce by robbery, as defined in 18 U.S.C. § 1951(b), in that Defendant LUIS MARIO GILSAMANIEGO ANAYA did unlawfully take and obtain personal property consisting of a firearm, specifically an Ohio Ordnance Works, INC, Model M2-SLR .50 CAL, SN 850749  from the person of or in the presence of the owner or possessor of the property of Royal Arms FFL, located at 4111 North 66th Street, Scottsdale, Arizona 85251, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person and the property in his/her custody and possession.

In violation of Title 18, United States Code, Section 1951.

**ATTACHMENT B**

**STATEMENT OF PROBABLE CAUSE**

Your Affiant, Logan Asleson, a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, hereby deposes and states as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.	I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since September 2023. I graduated from the Federal Law Enforcement Training Center and the ATF National Academy in April of 2024. As an ATF SA, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 and Title 21 of the United States Code. I have previously participated in investigations which resulted in the arrests, searches, and seizures of individuals and property. I have participated in the use of cooperating informants, undercover agents, video surveillance, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques, during my career with ATF. During my tenure with the ATF, I have participated in numerous investigations that involved possession of firearms and ammunition by prohibited persons and investigations involving interstate firearms and ammunition trafficking. I am familiar with federal firearm and ammunition laws. I have also participated in numerous investigations involving the possession and sale of illegal narcotics

2.	The statements contained in this Attachment are based on information derived from my personal knowledge, training and experience; information from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by witnesses; analysis of public records; analysis of court records; and review of open source media.

3.      Based on the below facts, I submit there is probable cause that LUIS MARIO GILSAMANIEGO ANAYA committed a Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951.

**<u>PROBABLE CAUSE</u>**

*<u>Case Background</u>*

3.      On April 4, 2025, the owner of Royal Arms, a home-based Federal Firearms Licensee ("FFL"), was robbed at gunpoint by at least two individuals. Prior to the robbery, a pole camera had been installed opposite the home for the purposes of an unrelated investigation. Through witness statements and that pole cam video footage, along with security camera footage obtained, I was able to determine the following sequence of events.

4.      The owner of the FFL had brought a M2-SLR .50 caliber rifle to the garage of his home, where his FFL is based. Sometime later, three individuals arrived for a previously-scheduled appointment to view some of the firearms for sale. One of those individuals, currently unidentified, was wearing a blue shirt ("Blue-shirt male").

5.      Shortly after the three individuals arrived, a black BMW arrived at the FFL. The three individuals there for the appointment spoke to the driver of the BMW and, approximately eight minutes later, the Blue-shirt male entered the backseat of the BMW and the BMW left the area.

6.      Approximately 20 minutes later, the BMW arrived back at the FFL. The driver of the vehicle, later identified as LUIS MARIO GILSAMENIEGO ANAYA ("GILSAMENIEGO ANAYA"), exits and can be seen wearing a long-sleeve orange construction shirt, sunglasses, and a black baseball hat. The Blue-shirt male also exited the vehicle, and both individuals walked toward the entrance of the garage/FFL.

7.      GILSAMENIEGO ANAYA and the Blue-shirt male then both pulled handguns from their person and forced everyone in the garage/FFL to get on the ground. A short time later, GILSAMENIEGO ANAYA wheeled the case containing the M2-SLR .50 caliber rifle to the BMW and placed it in the back seat. The Blue shirt male got in the

back of the BMW and the vehicle then left the area.

8.      Following the robbery, ATF began investigating in conjunction with the Scottsdale Police Department ("SPD"). Using traffic cameras, SPD detectives were able to obtain a partial license plate of the BMW while it was in the area on the day of the robbery. Using the partial plate, SPD identified a 2012 BMW X5.

9.      On or about May 27, 2025, officers with the Phoenix Police Department ("PPD") pulled over the above-referenced BMW for a window tint violation.  PPD officers initiated a stop, but the vehicle fled and later became disabled in a grassy area. The driver and sole occupant of the vehicle fled on foot. He was later apprehended and identified as GILSAMANIEGO ANAYA.  After the arrest, a 9mm Beretta with a defaced serial number, cocaine, and a cellphone were seized.   GILSAMANIEGO ANAYA, who is in the country illegally, was later charged with misconduct involving weapons and dangerous drug possession.

10.     Given that he was driving the BMW that was present at the time of the robbery, I and other ATF SAs conducted an interview of GILSAMANIEGO ANAYA at Watkins Jail on June 6, 2025.  He was advised of his *Miranda* rights and agreed to speak to SAs about the FFL robbery.

11.      GILSAMANIEGO ANAYA admitted to agents that he was present during the armed robbery of the FFL.  He said a friend wanted to go to Royal Arms to purchase a firearm and GILSAMANIEGO ANAYA borrowed the BMW from a different friend to drive there.  Once there, GILSAMANIEGO ANAYA said his friend told him they actually were there to rob the owner, who had previously sold him a fake gun.

12.     GILSAMANIEGO ANAYA also stated that he was wearing an orange work shirt, a hat, and sunglasses, which matched the description of the driver of the BMW at the time of the robbery. He further admitted that he was the one driving the BMW on the day of the armed robbery.  Upon further questioning, GILSAMANIEGO ANAYA requested a lawyer, and I stopped the interview at that time.

13.     That same day, June 6, 2025, officers with the SPD conducted a photo

lineup with the victim/owner of Royal Arms FFL. The victim/owner positively identified GILSAMANIEGO ANAYA as one of the individuals who conducted the armed robbery.

14.     On June 12, 2025, the Honorable Micheal T. Morrissey, United States Magistrate Judge, authorized a Call Data Records warrant (25-3269MB) for GILSAMANIEGO ANAYA's phone number.

15.     In July 2025, T-Mobile provided records pursuant to that warrant. Subscriber records show an activation date of January 15, 2024 and a termination date of June 9, 2025.  GILSAMANIEGO ANAYA's device was therefore active on April 4, 2025, the day of the Royal Arms robbery.

16.     T-Mobile records also show the location of the device, specifically around the time of the armed robbery. The robbery occurred at approximately 4:08 p.m.  At 3:34 p.m., the T-Mobile data session shows GILSAMANIEGO ANAYA's phone in the area of Royal Arms.  This information corroborates the statements made by GILSAMANIEGO ANAYA.

17.     ATF SA James Cauble, a nexus expert, confirmed that the stolen firearm, an Ohio Ordnance Works, INC, Model M2-SLR .50 CAL, SN 850749, had been shipped and transported in interstate or foreign commerce.

//

//

//

//

//

//

//

## CONCLUSION

18.     For these reasons, I submit that there is probable cause to believe that LUIS MARIO GILSAMANIEGO ANAYA committed a Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951.

19.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

Respectfully submitted,

Logan Asleson

Digitally signed by
Logan Asleson
Date: 2025.07.23
14:04:33 -07'00'

Logan Asleson
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed telephonically this _23_ day of July, 2025.

*EsWillett*

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge