TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ✓  ___ LODGED
RECEIVED ___ COPY

DEC 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>          vs.<br><br>1.  Luis Mario Gilsamaniego Anaya,<br><br>          (Counts 1-2)<br><br>2.  Jassiel Teran,<br><br>          (Counts 1-2)<br><br>                     Defendants. | No.    25-CR-01155-PHX-DJH<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO:     18 U.S.C. § 1951<br>            (Hobbs Act Robbery)<br>            Count 1<br><br>            18 U.S.C. § 924(c)(1)(A)<br>            (Using, Carrying, and Brandishing a<br>            Firearm During and in Relation to a<br>            Crime of Violence)<br>            Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 4, 2025, in the District of Arizona, Defendants LUIS MARIO GILSAMANIEGO ANAYA and JASSIEL TERAN did unlawfully obstruct, delay, and affect commerce, as defined in 18 U.S.C. § 1951(b), and the movement of articles and commodities in such commerce by robbery, as defined in 18 U.S.C. § 1951(b), in that Defendants LUIS MARIO GILSAMANIEGO ANAYA and JASSIEL TERAN did unlawfully take and obtain personal property consisting of a firearm, specifically an Ohio Ordnance Works, INC, Model M2-SLR .50 CAL, SN 850749 from the person of or in the

presence of the owner or possessor of the property of Royal Arms FFL in Scottsdale, Arizona, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person and the property in his/her custody and possession.

In violation of Title 18, United States Code, Section 1951.

## COUNT 2

On or about April 4, 2025, in the District of Arizona, Defendants LUIS MARIO GILSAMANIEGO ANAYA and JASSIEL TERAN did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, and did knowingly possess and brandish a firearm in furtherance of a crime of violence, that is, a Hobbs Act Robbery as alleged in Count 1, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____/s/_____
FOREPERSON OF THE GRAND JURY
Date: December 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_____/s/_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney